UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, ANTHONY WANAMAKER AND CATERIA WANAMAKER, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL CROP INSURANCE CORPORATION; RISK MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF AGRICULTURE; AND NAU COUNTRY INSURANCE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 4:09-CV-65 <br><br> Judge Mattice/Lee |

## ORDER

Before the Court is the motion of the defendant, United States of America, for an extension of time to respond to the plaintiffs' complaint. Defendant seeks an extension of time up to and including October 9, 2009 in which to file a response to the plaintiff's complaint. Plaintiff has not filed an objection to the defendant's motion.

Accordingly, the defendant's motion for an extension of time in which to respond to the plaintiff's complaint is **GRANTED**. Defendant shall file its response to the plaintiff's complaint as soon as is reasonably practicable, but in any event no later than **October 9, 2009**.

SO ORDERED:

Enter.

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE