IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, ANTHONY WANAMAKER & CATRENIA WANAMAKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:09-CV-65 |
| FEDERAL CROP INSURANCE CORPORATION, RISK MANAGEMENT AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE & NAU COUNTRY INSURANCE COMPANY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO STRIKE PLAINTIFFS' REQUEST FOR TRIAL BY JURY

The United States of America, by and through James R. Dedrick, United States Attorney for the Eastern District of Tennessee, on behalf of the Federal Crop Insurance Corporation ("FCIC"), hereby responds to Plaintiffs' Request for a Trial by Jury and moves to strike Plaintiffs' Jury Demand pursuant to Rule 39(a)(2) F.R.Civ.P. for the reasons stated in the Memorandum of Law in Support of Defendant's Motion to Strike Plaintiffs' Request for Trial by Jury filed contemporaneously wherewith.

Respectfully submitted,

JAMES R. DEDRICK
United States Attorney

By: *s/M. Kent Anderson*
M. KENT ANDERSON (BPR #004199)
Assistant United States Attorney
1110 Market Street, Suite 301
Chattanooga, Tennessee 37402
Kent.Anderson@usdoj.gov
(423) 752-5140

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 8, 2009, a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to plaintiff's attorney, who is registered as a user of the electronic case filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*s/M. Kent Anderson*
M. KENT ANDERSON
Assistant United States Attorney