UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| SKYMONT FARMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:09-CV-65 |
| v. | ) | *Mattice / Lee* |
| | ) | |
| FEDERAL CROP INSURANCE | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is a "notice" filed by Defendant United States Department of Agriculture ("Agency") seeking guidance in filing pictures and audio recordings in electronic format [Doc. 19]. The Court construes the notice as a motion to file documents in electronic format on CDs or DVDs. The Agency represents that the motion is unopposed, except that Plaintiffs desire the hearing discs to be transcribed. The Agency argues persuasively that reducing the documents to hard copy format would unduly increase costs with no tangible benefit to the judicial process. The Court finds the motion well taken, and it is accordingly **GRANTED IN PART**. The Agency shall deliver to the Clerk's office and to opposing counsel copies of the above referenced documents in electronic format on CDs or DVDs. If Plaintiffs desire a hearing on the issue of the transcription and filing of the hearing discs, they must file an appropriate motion.

The Agency also represents that the same electronic filing issue may arise in other cases

pending before the Court. If so, the Agency should file appropriate motions requesting relief in the other cases.

SO ORDERED.

ENTER:

*s/Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE